IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:                                          Case No. 18-32372 maw

                                                Chapter 13

Mark K. Strayer
Margaret Susan Strayer                          HON. MARY ANN WHIPPLE

            Debtor(s)                           OBJECTION TO AND REJECTION OF
                                                CHAPTER 13 PLAN

                                                Julia R. Bates, Esq.
                                                Lucas County Prosecutor
                                                By:  Suzanne C. Mandros, Esq.
                                                Assistant Prosecuting Attorney
                                                One Government Center, Ste 500
                                                Toledo, Ohio  43604
                                                (419) 213-2145
                                                FAX (419) 213-4070
                                                Ohio Reg. No.  0002157
                                                smandro@co.lucas.oh.us
                                                scmandross@hotmail.com

        Now comes the Lucas County Treasurer, and states that the above debtor's chapter 13 plan

does not propose to pay the statutory interest on the Treasurer's claim as set forth in Revised Code

323.121(B)(2)(a).  The lien of the Lucas County Treasurer is the first and best lien on the real estate

owned by the debtor pursuant to Revised Code Section 5721.10 and earns statutory interest on the

unpaid taxes in the amount of 12%. This proposed plan does not comply with the statutory provision which specifies that interest be paid. Further, Bankruptcy Code Section 506 provides for interest on fully secured claims. Proof of claim number 6-1 was filed reflecting the amount owed for taxes penalties and interest in the amount of $15,612.63 for parcels 96-10614 (126 N. Second Street, Waterville) and 96-61045 (219 N. Second Street, Waterville). Interest will continue to accrue.

Respectfully submitted,

JULIA R. BATES, Prosecuting Attorney


By:     /s/Suzanne C. Mandros
          Assistant Prosecuting Attorney

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 28, 2019 a true and correct copy of the Objection to and Rejection of Chapter 13 Plan was served upon the following parties by electronic mail and/or first class mail as indicated herein

Via Electronic Mail:

John L. Jacobson, Esq., attorney for the debtor at swedej@aol.com
Elizabeth A. Vaughan, Chapter 13 Trustee at elizabethav@chapter13toledo.com
Cynthia A. Jeffrey, Esq., attorney for Federal National Mortgage Association at cjeffrey@reimerlaw.com
Nathaniel E. Spitler, Esq., attorney for First Federal Bank of the Midwest at nspitler@spitlerhuffmanlaw.com
Eugene Canestraro, Esq. attorney for Paul and Debra Johnson at gcanestraro@ccw-law.com
United States Trustee at ustp.region09@usdoj.gov

And by regular U.S.Mail postage prepaid on the debtor(s):

Mark K. Strayer
Margaret Strayer
10010 S. River Road
Waterville, OH 43566

/s/ Suzanne C. Mandros
Assistant Prosecuting Attorney